No. M–10. McKay v. Toyota Motor Manufacturing, U. S. A., Inc.;

No. M–11. Pearson v. John Hancock Mutual Life Insurance Co.;

No. M–13. Weiss v. La Terraza Apartments;

No. M–14. Boitnott v. Cascarano; and

No. M–15. Hwa Ja Kim et al. v. Wills & Van Metre, Inc. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–8. Bilzerian v. HSSM #7 Limited Partnership. Motion to direct the Clerk to file petition for writ of certiorari with an appendix not in compliance with this Court's Rule 33.1 denied.

No. 105, Orig. Kansas v. Colorado. Second Report of the Special Master received and ordered filed. Exceptions to the Report with supporting briefs may be filed within 45 days. Replies, if any, with supporting briefs may be filed within 30 days. [For earlier order herein, see, e. g., 519 U. S. 1005.]

No. 96–552. Agostini et al. v. Felton et al.; and

No. 96–553. Chancellor, Board of Education of the City of New York, et al. v. Felton et al., 521 U. S. 203. Motion of respondents to retax costs denied.

No. 96–1163. Mallott & Peterson et al. v. Stadtmiller et al., 520 U. S. 1239. Motion of respondent Beatrice Stadtmiller for attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Ninth Circuit.

No. 96–1570. NYNEX Corp. et al. v. Discon, Inc. C. A. 2d Cir.;

No. 96–1793. Cedar Rapids Community School District v. Garret F., a Minor, by His Mother and Next Friend, Charlene F. C. A. 8th Cir.;

No. 97–49. Portland General Electric Co. v. Columbia Steel Casting Co., Inc. C. A. 9th Cir.; and

No. 97–144. Pearson v. Hines. C. A. 9th Cir. The Acting Solicitor General is invited to file briefs in these cases expressing the views of the United States.